☒ ARREST  ☐ SWORN COMPLAINT  ☐ HOLD                                      ☐ JUVENILE  ☐ NOTICE TO APPEAR

**EIGHTH JUDICIAL CIRCUIT**

OBTS NUMBER: 0107211289
AGENCY CASE REPORT NUMBER: 02-07-018515

**DEFENDANT**

NAME OF SUBJECT (LAST, FIRST, MI): PARKER, TAYLOR LEE
ALIAS / MAIDEN:
911 HOME ADDRESS: 1514 NW 3RD PL
CITY: GAINESVILLE
STATE: FL
ZIP CODE: 32603
TELEPHONE NUMBER: (352) 516-8370

RACE: ☒ WHITE  ☐ AMERICAN INDIAN  ☐ BLACK  ☐ ASIAN / ORIENTAL
SEX: F
DATE OF BIRTH: 08/31/1984
HEIGHT: 5'07
WEIGHT: 125
HAIR COLOR: BLN
EYE COLOR: BLUE
COMPLEXION: MED
BUILD:

DRIVERS LICENSE / STATE ID NUMBER: P626812848110
STATE OF DL/ID: FL
SOCIAL SECURITY NUMBER: [redacted]
PLACE OF BIRTH: EUSTIS, FL, United
COUNTRY OF CITIZENSHIP: UNITED STATES OF AMERICA

SPN NUMBER: 2004005179
AGENCY ORI NUMBER: FL0010100
SO ID / AGENCY ID / NUMBER: 200703265

LOCATION OF ARREST: 1514 NW 3RD AVE
DATE OF ARREST: 09/13/2007
TIME OF ARREST (MILITARY): 03:00
DATE OF BOOKING: 09/13/2007
TIME OF BOOKING (MILITARY): 03:30

SUBJECT IDENTIFIED BY WHOM: REVEILLE, DAVID
SUBJECT'S NAME VERIFIED BY: FL DL

**CO-DEFENDANT**

#1 (NAME): GROOVER, JENNIFER MARIE
DATE OF BIRTH: 05/28/1985
RACE: W
SEX: F
☒ ARRESTED  ☒ FELONY  JUVENILE: ☐ YES ☒ NO

**CHARGE 1**

OFFENSE DESCRIPTION: RESIST/OBSTRUCT/OPPOSE OF OFFICER WITHOUT VIOLENCE
☒ MISDEMEANOR
COMPLETE STATUTE / ORDINANCE NUMBER: 843-02
DATE OF OFFENSE: 09/13/2007
TIME OF OFFENSE: 03:00
VICTIM (NAME): The State Of Florida

**CHARGE 2**

OFFENSE DESCRIPTION: 012007MM008640A

**PROSECUTIVE SUMMARY**

THE FOLLOWING INCIDENT OCCURRED AT: 1500 NW 3RD AVE
CITY OF: GAINESVILLE
COUNTY OF: ALACHUA
STATE OF: FLORIDA

On the above date and time LEO had responded to the Def's residence in reference to a noise complaint. After arriving at the residence LEO was notified that the Def was enroute to speak to them. After several minutes had passed the Def was observed by LEO operating her privately owned vehicle on a city street near her residence. The Def parked her vehicle in the driveway of her residence and exited her vehicle from the front drivers seat. When LEO asked the Def for ID, the Def produced a valid FL ID card. LEO performed a standard FL DL check of the Def and discovered that her license was suspended. When LEO attempted to detain the Def and confirm via tele type that is was

SWORN TO AND SUBSCRIBED BEFORE ME THIS 13 DAY OF SEPT 2007
SIGNATURE: [signature]
TITLE: OFC M. LA MAGNA 773

NAME (PRINT): REVEILLE, DAVID
SIGNATURE: [signature]
AGENCY: GAINESVILLE POLICE DEPARTMENT
LEO ID NUMBER: 0562

Form Date (Revised 1/05)   COURT   STATE ATTORNEY   AGENCY   DEFENDANT   PAGE 1 OF 2

**EXHIBIT 2**

| ☒ ARREST | ☐ SWORN COMPLAINT | ☐ HOLD | | | ☐ JUVENILE | ☐ NOTICE TO APPEAR |

**SUPPLEMENT**
**EIGHTH JUDICIAL CIRCUIT**

| OBTS NUMBER: | | SPN NUMBER: 2004005179 |
| AGENCY ORI NUMBER: FL0010100 | | AGENCY CASE REPORT NUMBER: 02-07-018515 |

**DEF / WITNESS**

| NAME OF SUBJECT (LAST, FIRST, MI): PARKER, TAYLOR LEE | ALIAS / MAIDEN: |
| RACE: ☒ WHITE ☐ AMERICAN INDIAN ☐ BLACK ☐ ASIAN/ORIENTAL | SEX: F | DATE OF BIRTH: 08/31/1984 | HEIGHT: 5'07 | WEIGHT: 125 | JAIL NUMBER: | SO ID / AGENCY ID / NUMBER: 200703265 |

#3 (NAME): / ADDRESS: / TELEPHONE NUMBER:
#4 (NAME): / ADDRESS: / TELEPHONE NUMBER:

[Charge sections blank]

**PROSECUTIVE SUMMARY - CONTINUED:**

suspended, the Def became very agitated and began to struggle. LEO instructed the Def in a loud clear voice not to resist and to place her hands behind her back. The Def refused to comply with LEO`s orders. The Def continued to struggle by pulling her arms away from LEO and placing them in front of her. After LEO was able to handcuff the Def`s right wrist the Co-Def began to obstruct LEO`s effort handcuff the Def`s left wrist.

The Co-Def grabbed LEO`s uniform shirt near his right shoulder and began pulling and shoving LEO knocking them slightly off balance. The Co-Def was also given loud verbal commands to stop and she refused to comply. Several of the Co-Def`s friends were able to pull her away while LEO maintained custody of the Def. The Def was eventually rear handcuffed and double locked after struggling for several minutes. When LEO attempted to place the Def in the rear of a marked patrol vehicle, she refused to comply. LEO gave the Def several loud verbal commands to stop resisting and sit in the back of the patrol vehicle but she refused to comply. LEO had to physically place the Def into the patrol vehicle. The Def was also issued a criminal traffic citation for DWLSR with knowledge.