IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TAYLOR PARKER,

    Plaintiff,

v.                                    CASE NO.: 1:10cv146-SPM/GRJ

THE CITY OF GAINESVILLE,
FLORIDA, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Disposition Report (doc. 41) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 16th day of March, 2011.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge